UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILIBALDO ORTEGA, | No. C 10-4324 SI (pr) |
|     Petitioner, | **JUDGMENT** |
| v. | |
| RANDY GROUNDS, warden, | |
|     Respondent. | |

The petition for writ of habeas corpus is denied.

IT IS SO ORDERED AND ADJUDGED.

DATED: January 26, 2011

SUSAN ILLSTON
United States District Judge